UNITED STATES *versus* ONE TIERCE OF CIDER

. . . . . . . . . . . . . . . . . .

PAPERS IN FILE: [None]

UNITED STATES *versus* ROBERT SMART

PAPERS IN FILE: [None]

UNITED STATES *versus* JOHN W. TOMPKINS

PAPERS IN FILE: [None]

UNITED STATES *versus* PHILLIPS WARREN

PAPERS IN FILE: [None]